371 A.2d 521

Phillips Home Furnishings, Inc., Appellant,
v. Continental Bank.

Argued September 21, 1976. Howard E. Davidson, with him Astor & Weiss, for appellant; Alan C. Gershenson, with him Blank, Rome, Klaus & Comisky, for appellee.

Order affirmed.

371 A.2d 521

Pratt, Appellant, v. Pratt.

Argued September 21, 1976. Michael H. Egnal, with him Egnal and Egnal, for appellant; Henry A. Stein, with him Mesirov, Gelman, Jaffe & Cramer, for appellee.

Order affirmed.